BLANK ROME, LLP
Attorneys for Plaintiff
STEMCOR (USA) INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEMCOR (USA) INC.,<br><br>Plaintiff,<br><br>-against-<br><br>UNISHIPPING S.A.,<br><br>Defendant. | 07 Civ. 6149 (PKL)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff STEMCOR (USA) INC. certifies that, according to information provided to counsel by its clients, STEMCOR (USA) INC is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
          June 29, 2007

BLANK ROME, LLP
Attorneys for Plaintiff
STEMCOR (USA) INC.

By _____
     Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000