```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
STEMCOR (USA) INC.,                              07 CV 6149 (PKL)

                                                 RULE 7.1 STATEMENT
                        Plaintiff,


        -against-


UNISHIPPING S.A.,

                        Defendant.
--------------------------------------------X
```

Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendant UNISHIPPING S.A. certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of UNISHIPPING S.A.

Dated: New York, N.Y.
       July 10, 2007

_____
GARTH S. WOLFSON (GW 7700)