CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| STEMCOR (USA) INC., | : | |
| | : | |
| Plaintiff, | : | **07-CV-6149** |
| | : | |
| v. | : | |
| | : | **NOTICE OF** |
| UNISHIPPING S.A., | : | **APPEARANCE** |
| | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 20, 2007

                                    CLARK, ATCHESON & REISERT
                                    Attorneys for Garnishee
                                    Societe Generale New York Branch

By: _____
           Richard J. Reisert (RR-7118)
           7800 River Road
           North Bergen, NJ  07047
           Tel: (201) 537-1200
           Fax: (201) 537-1201
           Email:  reisert@navlaw.com