BLANK ROME, LLP
Attorneys for Plaintiff
STEMCOR (USA) INC.
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.21.07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEMCOR (USA) INC.,<br><br>　　　　　　Plaintiff,<br><br>　　-against-<br><br>UNISHIPPING S.A.,<br><br>　　　　　　Defendant. | 07 Civ. 6149 (PKL)<br><br>**CONSENT ORDER RELEASING ATTACHMENT AND DISCONTINUING ACTION** |

　　**WHEREAS**, on June 29, 2007, Plaintiff, STEMCOR (USA) INC., filed a Verified Complaint herein for damages amounting to <u>US$663,629.85</u>, inclusive of interest, costs and reasonable attorney's fees, and praying for issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and,

　　**WHEREAS**, the Process of Maritime Attachment and Garnishment was issued and served on garnishees, and funds were restrained pursuant thereto, and

　　**WHEREAS** the parties have amicably resolved the claims that are the subject of this law suit , it is hereby,

**ORDERED,** that the Process of Maritime Attachment and Garnishment issued herein shall be and hereby is vacated and all garnishees are directed to release all funds that have been restrained pursuant thereto, and it is further

**ORDERED,** pursuant to F. R. Civ. P. Rule 41(a)(1), that, upon release of the restrained funds, this action shall be discontinued with prejudice and without costs.

Dated: December 20, 2007

SO ORDERED:

_____
U.S.D.J.

Entry of the above order is consented to:

Blank Rome LLP
Attorneys for Plaintiff, Stemcor (USA) Inc.

By _____
  Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

Mahoney & Keane, LLP
Attorneys for Defendant, Unishipping S.A.

By _____
  Garth Wolfson (GW 7700)
111 Broadway, Tenth Floor
New York, New York 10006
(212) 385-1422